1064

No. 04–9371. Crossley v. Lockyer, Attorney General of California, et al. C. A. 9th Cir. Certiorari denied.

No. 04–9373. English v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 04–9375. Thomas v. Neuman et al. C. A. 11th Cir. Certiorari denied.

No. 04–9383. George v. Sandoval, Attorney General of Nevada, et al. C. A. 9th Cir. Certiorari denied.

No. 04–9386. Figetakis v. City of Cuyahoga Falls, Ohio, et al. C. A. 6th Cir. Certiorari denied.

No. 04–9388. Yancey v. Johnson et al. C. A. 4th Cir. Certiorari denied.

No. 04–9392. Newberry v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 04–9399. Bailey v. Michigan. Ct. App. Mich. Certiorari denied.

No. 04–9400. Jalomo Lopez v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–9405. Karls v. Circuit Court of Wisconsin, Dane County, et al. Sup. Ct. Wis. Certiorari denied.

No. 04–9406. Davis v. Pliler, Warden. C. A. 9th Cir. Certiorari denied.

No. 04–9410. Rae v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–9415. McNair v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 04–9426. Matthews v. Virginia. Sup. Ct. Va. Certiorari denied.